**1 05 CV 2705**

JS44 (Rev 5/05) NDGA)

# CIVIL COVER SHEET

**ORIGINAL BBM**

The JS44 civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

### 1. (a) PLAINTIFF(S)
S. Gregory Hays, Receiver for Mobile Billboards of America, Inc., et al.

### DEFENDANT(S)
David E. Adam, et al. (See Attachment A for complete list of Defendants)

### (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN US PLAINTIFF CASES)

### COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT LEXINGTON, SC
(IN US PLAINTIFF CASES ONLY)

NOTE IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

### (c) ATTORNEYS (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)
J. DAVID DANTZLER, JR. & MATTHEW R. CLARK
TROUTMAN SANDERS LLP, 600 PEACHTREE STREET, N.E., SUITE 5200, ATLANTA, GA 30308-2216; TEL: (404) 885-3000; MATTHEW.CLARK@TROUTMANSANDERS.COM, DAVID.DANTZLER@TROUTMANSANDERS.COM

### ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

[ ]1  US GOVERNMENT PLAINTIFF
[X]3  FEDERAL QUESTION (US GOVERNMENT NOT A PARTY)
[ ]2  US GOVERNMENT DEFENDANT
[ ]4  DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| PLF DEF | | PLF DEF | |
|---|---|---|---|
| [ ]1 [ ]1 | CITIZEN OF THIS STATE | [ ]4 [ ]4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| [ ]2 [ ]2 | CITIZEN OF ANOTHER STATE | [ ]5 [ ]5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| [ ]3 [ ]3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]6 [ ]6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN X IN ONE BOX ONLY)

[X]1 ORIGINAL PROCEEDING
[ ]2 REMOVED FROM STATE COURT
[ ]3 REMANDED FROM APPELLATE COURT
[ ]4 REINSTATED OR REOPENED
[ ]5 TRANSFERRED FROM ANOTHER DISTRICT (SPECIFY DISTRICT)
[ ]6 MULTIDISTRICT LITIGATION
[ ]7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

## V. CAUSE OF ACTION
(CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE -- DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

§5(A) AND 5(C) OF THE SECURITIES ACT OF 1933[15 U S C §§77E(A) AND 77E(C)], THE RECEIVER SEEKS DISGORGEMENT OF ALL COMMISSIONS AND BONUSES RECEIVED BY DEFENDANTS FOR THE UNLAWFUL SALE OF UNREGISTERED SECURITIES, UNJUST ENRICHMENT, CONSTRUCTIVE TRUST, FRAUDULENT CONVEYANCE

(IF COMPLEX, CHECK REASON BELOW)

[X] 1  Unusually large number of parties
[ ] 2  Unusually large number of claims or defenses
[ ] 3  Factual issues are exceptionally complex
[ ] 4  Greater than normal volume of evidence
[ ] 5  Extended discovery period is needed

[ ] 6  Problems locating or preserving evidence
[X] 7  Pending parallel investigations or actions by government
[ ] 8  Multiple use of experts
[ ] 9  Need for discovery outside United States boundaries
[ ] 10 Existence of highly technical issues and proof

**CONTINUED ON REVERSE**

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT $ _____ APPLYING IFP _____ MAG. JUDGE (IFP) _____

JUDGE _____ MAG. JUDGE _____ NATURE OF SUIT _____ CAUSE OF ACTION _____
(Referral)

## VI. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL. VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 151 MEDICARE ACT
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MEDICAL MALPRACTICE
[ ] 365 PERSONAL INJURY - PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING / ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 440 OTHER CIVIL RIGHTS
[ ] 445 AMERICANS with DISABILITIES - Employment
[ ] 446 AMERICANS with DISABILITIES - Other

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
[ ] 510 MOTIONS TO VACATE SENTENCE
[ ] 530 HABEAS CORPUS
[ ] 535 HABEAS CORPUS DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS (Filed Pro se)
[ ] 555 PRISON CONDITION(S) (Filed Pro se)

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
[ ] 550 CIVIL RIGHTS (Filed by Counsel)
[ ] 555 PRISON CONDITION(S) (Filed by Counsel)

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 R R & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
[ ] 820 COPYRIGHTS
[ ] 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
[ ] 830 PATENT

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
[ ] 870 TAXES (U S PLAINTIFF OR DEFENDANT)
[ ] 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
[ ] 400 STATE REAPPORTIONMENT
[ ] 430 BANKS AND BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
[ ] 410 ANTITRUST
[X] 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
[ ] ARBITRATION (CONFIRM/VACATE/ORDER/MODIFY)

((Note: Please mark underlying Nature of Suit as well)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

---

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS A CLASS ACTION UNDER F R Civ P 23      DEMAND $ To be determined at Trial

JURY DEMAND [ ] YES   [X] NO  (CHECK YES **ONLY** IF DEMANDED IN COMPLAINT)

## VIII. RELATED CASE(S) IF ANY

JUDGE Willis B Hunt, Jr            DOCKET NO. 1 04-cv-2763-WBH

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES  (CHECK APPROPRIATE BOX)

[ ] 1  PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
[X] 2  SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
[ ] 3  VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERING PENDING SUIT
[ ] 4  APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE
[ ] 5  REPETITIVE CASES FILED BY PRO SE LITIGANTS
[ ] 6  COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S))
[ ] 7  EITHER SOME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO _____, WHICH WAS DISMISSED. THIS CASE ☐ IS ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE

SIGNATURE OF ATTORNEY OF RECORD            10/18/05
                                           DATE

# ATTACHMENT A TO CIVIL COVER SHEET

**Defendants:**

DAVID E. ADAM,
JACKIE ADAMS,
AF, INC.,
ALTERNATIVE FINANCIAL CONCEPTS, LLC,
ARTHUR ANDERSON,
ARTHUR ANDERSON RETIREMENT PLANNING INC.,
DANNY BAXLEY,
MARSHA BAXLEY,
BELLANOVA ENTERPRISES, LLC,
MILLARD KEVIN BLACKBURN,
MIKE BLOCK,
ROBERT BODACK,
MATT BONDURANT,
DANIEL BOOKOUT,
DARYL BORNSTEIN,
JANALYN BORNSTEIN,
STEPHEN WAYNE BRADSHAW,
TIMOTHY L. BRADSHAW,
J. WENDELL BRIGANCE,
JACK BROWN,
JEFF BROWN,
RANDY CHATAGNIER,
CLR GROUP,
AARON F. COOPER,
DANIEL S. DARK,
MARY DEAN,
DENNIS DEGOOD,
CRAIGE DEMOSS,
TIMOTHY S. DEMPSEY,
JAMES P. DILUIGI,
EAGLE FINANCIAL SERVICES,
ESTATE PRESERVATION SERVICES,
ROBERT C. FRANK,
FRANKLIN ASSET EXCHANGE, LLC,
FREEDOM CAPITAL, LLC,
MICHAEL GAUNTT,
JIM GIBSON,
KEITH GIBSON,
STEVE GILLEY
GILLEY & ASSOCIATES,
STEVE GILLEY & ASSOCIATES, LLC,
VICTOR GRAHAM,
GARY G. GRIM,
DONNA HAYNES,
DAVID R. HEAD,

BENNY HOLLAND,
SCOTT HOLLENBECK,
PAUL W HOPKINS,
MICHAEL HOVANIC,
JAMES HUTTON,
INFINITE RESOURCES,
WILLIAM ERIC ISPHORDING,
J K GIBSON & ASSOCIATES, INC,
CARL E JENKINS,
WALTER JONES,
JERRY G KETRON,
MIKE KEYS,
FRED J KING,
RUSSELL A KUCHERA,
BARRIE M LANGE,
MICHAEL R LAWSON,
LEVONDA LEAMON,
LEGACY ESTATE CONCEPTS, INC,
WILLIAM LISBY,
STANLEY LOTT,
JAMES E LUSH,
SANDRA K LUSH,
CLARENCE J LYON, II,
ANTHONY MACKENZIE,
EUGENE MAESTAS,
ROBERT M MANARDO,
HAL MAYER,
LARRY MAYES,
JAMES MEYER,
PETER J MILLER,
JEFF MITCHELL,
BILL NAUMANN,
NEMO TRUST,
NETWORK INSURANCE & ASSOCIATES,
ROGER PARKS,
SCOTT PECKHAM,
JAN PETERSEN,
REBECCA PLUMMER,
JERRY W POSS,
PAUL R PRIESS,
PETE PURCELL,
ELISABETH RAINEY,
JAMES RAINEY,
ROBERT RAWSON,
DENNIS RAYNOR,
BRUCE F RUARK,
LORI SALTER,
SCOTTIE SALTER,
LAWRENCE R SAMPSON,
ANGELO T SANTOS,

JAMES SEIFRID,
SENIOR FINANCIAL NETWORK.
BRYAN SHEPLEY,
DALE SILVERS,
JULIA SLATER,
JEROME D SPITZER,
JACOB STOCKHAM,
TIMOTHY P STOHS,
STRANT, INC ,
JUDITH SULLIVAN,
BENJAMIN E SUMNER, INC ,
JOEL TEAGUE,
HUGH THACKER,
RAYMOND VIGIL,
GARY P WALKER,
RONNIE C WARD,
SHELVA J WARD,
STAN WARM,
CRAIG WARNER,
MICHAEL A WELLS,
TOMMY WHITE,
KENNETH D WHITT,
JENNIFER WISE,
DAVID R WOMACK,
LEO YIRKA,
DAVID M ALVARADO,
CONNIE W BUNGE,
ROBERT A CARRILLO,
JAY CASTRO,
KEN CHIN,
PETER B DAENZER,
JESSE FIEDOR,
JACK FRANK,
BERNARD G GROSS,
THOMAS C HEARD,
LINDA L HOLLOWAY,
LAURA A JONES
LISA G LERNER,
IGNACIO D MALDONADO,
FRED C MARSH,
JAMES MEAD,
DENNIS A MEHRINGER,
K DAVID METCALFE,
JEFFREY MITCHELL,
W MICHAEL PENCE,
WILLIAM J ROBERTS,
SUKHDEV SINGH
JENNIFER WISE