IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

S. GREGORY HAYS, Receiver for   )
Mobile Billboards of America, Inc.,   )
et al.,   )
  )
    Plaintiff,   )
  )   CIVIL ACTION FILE NO.
vs.   )   1:05 CV 2705-CAP
  )
DAVID E. ADAM, et al.,   )
  )
    Defendants.   )
  )

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO LIABILITY ON HIS CLAIM FOR UNJUST
ENRICHMENT/CONSTRUCTIVE TRUST**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff S. Gregory Hays hereby moves for an order granting summary judgment as to liability on Plaintiff's claim for unjust enrichment/constructive trust, leaving the amount of damages for trial. As more fully set forth in Plaintiff's supporting memorandum of law, there exists no genuine issue of material fact to be tried with respect to this claim, and Plaintiff is entitled to judgment as a matter of law. Simultaneously with the filing of this Motion, the Receiver is filing a Motion to Dismiss his fraudulent conveyance claims (Count III) which should significantly narrow the legal and factual issues that must be decided in this case. In fact, the

1726447

Receiver believes that the resolution of this Motion should resolve the issue of liability for every Defendant.

In support of this Motion, Plaintiff relies upon the Memorandum of Law In Support of his Motion For Partial Summary Judgment filed contemporaneously herewith, the Affidavit of S. Gregory Hays filed contemporaneously herewith, the Statement of Facts as to Which There Exists no Genuine Issue to be Tried filed contemporaneously herewith and all pleadings and other filings of record in this case.

Respectfully submitted, this 27th day of November, 2006.

TROUTMAN SANDERS LLP

By: */s/ Merle R. Arnold III*
J. DAVID DANTZLER, JR.
Georgia Bar No. 205125
*david.dantzler@troutmansanders.com*
MERLE R. ARNOLD, III
Georgia Bar No. 023503
*merle.arnold@troutmansanders.com*
Counsel for Plaintiff

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
Phone:     404.885.3000
Facsimile: 404.885.3900

1726447

# CERTIFICATE OF SERVICE

I hereby certify that on November 27th, 2006, I electronically filed the foregoing Document with the Clerk of this Court using the CM/ECF system, which will automatically send email notification of such filing to all parties who are CM/ECF participants and served the defendants appearing pro-se by depositing a copy in the United States mail with adequate postage thereon and addressed as follows:

**Matt Bondurant**
1742 South Scales Street
Reidsville, NC 27320

**Jay Castro**
74-478 Highway 111, #242
Palm Desert, CA 92260

**Bruce F. Ruark**
c/o Alpha Financial
5902 Charles Schreiner Trail
Austin, TX  78749

**Bryan Shepley**
PO Box 93
Reidsville, NC 27323

**Kenneth D. Whitt**
PO Box 93
Reidsville, NC 27323

*/s/ Merle R. Arnold III*
Merle R. Arnold III
Georgia Bar No. 023503
merle.arnold@*troutmansanders.com*

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
Telephone:  (404) 885-3000
Telecopy:   (404) 885-3995

1726447

## Certification of Counsel

      I hereby certify that this document is submitted in Times New Roman 14 point type as required by N.D. Ga. Local Rule 5.1(b).

                                            */s/ Merle R. Arnold III*
                                            Merle R. Arnold III
                                            Georgia Bar No. 023503
                                            merle.arnold@*troutmansanders.com*